UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  11-cv-01595-JLK-MJW

LEE ADAM VIGIL

    Plaintiff(s),

v.

ARTURO JARAMILLO, AND
THE CITY OF WALSENBURG, COLORADO

    Defendant(s).

_____

### ORDER RE STIPULATED MOTION TO DISMISS DEFENDANT ARTURO JARAMILLO WITH PREJUDICE
_____

This matter comes before the Court on the Stipulated Motion to Dismiss Defendant Arturo Jaramillo with Prejudice the pursuant to FED. R. CIV. P. 41.  The Court, being fully advised, hereby ORDERS as follows:

The Stipulated Motion to Dismiss is GRANTED.  Defendant Arturo Jaramillo is DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorneys' fees and costs.

Dated this 18th day of January, 2011.

                                                  BY THE COURT:

                                                ***s/John L. Kane***_____
                                                JOHN L. KANE
                                                SENIOR U.S. DISTRICT JUDGE