**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.        11-cv-01595-JLK-MJW

LEE ADAM VIGIL,

Plaintiff,

v.

THE CITY OF WALSENBURG, COLORADO,

Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER, comes before the Court upon Stipulated Dismissal with Prejudice, and the Court being fully advised of the matters set forth therein;

DOES HEREBY ORDER the dismissal of all claims against the City of Walsenburg, with prejudice, each party to pay his or its own costs and attorney fees.  By issuing this order, this case is resolved in its entirety because a dismissal of all claims against Defendant Jaramillo was previously filed.  As such, the Court hereby closes this case.

Dated this 27th day of January, 2012

                                                            BY THE COURT:


                                                            *s/John L. Kane*
                                                            District Court Judge